United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-50592
Conference Calendar

SAMUEL LLOYD DEBLASIO,

Petitioner-Appellant,

versus

W. SISNEROS, Warden, Federal Correctional Institution,
Bastrop, Texas,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-02-CV-712-JN
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

Samuel DeBlasio, federal prisoner # 68209-079, appeals from
the district court's order denying his motion for reinstatement
of his 28 U.S.C. § 2241 petition.  The district court did not
abuse its discretion in denying DeBlasio's motion because the
court had previously granted DeBlasio's motion to dismiss his
28 U.S.C. § 2241 petition without prejudice.  See Aucoin
v. K-Mart Apparel Fashion Corp., 943 F.2d 6, 8-9 (5th Cir. 1991);

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>Long v. Bd. of Pardons and Paroles</u>, 725 F.2d 306, 306-07

(5th Cir. 1984).  DeBlasio's request for appointment of counsel

is DENIED.

AFFIRMED; MOTION DENIED